JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LOPEZ, an individual; ROSE LOPEZ, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>GUNDERSON SCOTT ARTHUR, *dba* FORD OF UPLAND; FORD MOTOR COMPANY, a Delaware corporation; and DOES 1-30, inclusive,<br><br>   Defendants. | Case No. 5:16-cv-02119-MWF (SPx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm:   5A – 5th Floor<br><br>Complaint Filed: October 6, 2016<br>Trial Date: August 22, 2017<br><br>[JURY TRIAL REQUESTED] |

On March 29, 2017, Plaintiffs JEAN LOPEZ and ROSE LOPEZ, along with Defendants GUNDERSON SCOTT ARTHUR *dba* FORD OF UPLAND and FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: March 30, 2017

_____
MICHAEL W. FITZGERALD
United States District Court Judge
Central District of California